UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03583
  DARLENE GREEN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-9238


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 03/01/07 and confirmed on 08/09/07.

     2.   The case was dismissed after confirmation, 12/14/2007.

     3.   The Debtor paid a total of $    540.00 .

     4.   The Trustee made disbursements to creditors as follows:


| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREENWICH FINANCE | SECURED VEHIC | 500.00 | 2.81 | 147.19 |
| ILLINOIS DEPT REVENUE | UNSECURED | 16.20 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 462.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 249.10 | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 600.00 | .00 | .00 |
| CNAC | UNSECURED | 4945.12 | .00 | .00 |
| COLLECTECH | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 409.31 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPARTMENT OF L | UNSECURED | 5374.52 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| LAW OFFICE JEFF SILVERMA | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | 656.18 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1065.88 | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| QC HOLDINGS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK PEERLESS FED | UNSECURED | NOT FILED | .00 | .00 |
| TITLE LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE MASTER CARD | UNSECURED | NOT FILED | .00 | .00 |

| | | | | | |
|---|---|---|---|---|---|
| USA PAYDAY LOANS | UNSECURED | NOT FILED | | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 82.40 | | .00 | .00 |

Summary of disbursements:

----------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

----------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 500.00 | .00 | 13860.71 | .00 | 14360.71 |
| PRINCIPAL PAID | 147.19 | .00 | .00 | .00 | 147.19 |
| INTEREST PAID | 2.81 | .00 | .00 | .00 | 2.81 |
| TOTAL PAID | 150.00 | .00 | .00 | .00 | 150.00 |

The Debtor's attorney, RICHARD S BASS                  , was allowed $   2000.00
and was paid $    200.00  direct and $    375.96  through the plan.

The Trustee received $     14.04 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/10/08                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE